UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 4:20CR000034 RWS |
| FREDDIE LEE DOYLE, JR., | ) | |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S DISCLOSURE OF ARGUABLY SUPPRESSIBLE EVIDENCE PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 12(b)(4)

COMES NOW the United States of America by and through its attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Jennifer A. Winfield, Assistant United States Attorney for said District, and makes the following disclosure pursuant to Federal Rule of Criminal Procedure 12(b)(4).

At trial, the Government intends to use the evidence seized and statements made by the defendant and other witnesses during the events described below, and as described in the discovery letter and its attachment provided to defense counsel on January 28, 2020.  This evidence and these statements are more fully set forth in the investigative reports and records, which have been made available to defendant. The Government has listed the evidence below that it believes a defendant could possibly argue standing to contest, although the Government is in no way conceding that any defendant, in fact, has standing on these events.

Also, as additional evidence is found, and as supplemental information comes to the Government's attention, the Government may choose to use evidence in addition to that listed below.   Therefore, a supplemental Rule 12(b)(4) notice may be filed at a later date.

| EVENT/ITEMS |
| --- |
| 911 and jail calls |
| Scene Photos near Rehab Bar |
| SLMPD Report 19-30337 and supplemental reports |
| St. Louis City Jail disciplinary records |
| St. Louis City Jail pretrial records |
| SLMPD Lab Reports |
| Video footage |
| ATF trace detail |

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

 */s/ Jennifer A. Winfield*
JENNIFER A. WINFIELD, #53350MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, MO 63102
(314) 539-2200

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2020, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon counsel of record.

 */s/ Jennifer A. Winfield*
JENNIFER A. WINFIELD, #53350MO
Assistant United States Attorney

2